# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-4794

———————————————

GEORGE WALKER IV,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

———————————————

Petition for Belated Appeal—Original Jurisdiction.

January 28, 2019

PER CURIAM.

    The petition for belated appeal is denied on the merits.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

George Walker IV, pro se, Petitioner.

Ashley B. Moody, Attorney General, Tallahassee, for Respondent.